UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SAUFFIAN DAHABAN                    JURY TRIAL DEMANDED

v.                                    CASE NO. 3:07CV

BONDED CREDIT BUREAU, INC.
d/b/a drs COLLECTION SYSTEMS

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § 1692; and the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. § 36a-645 and regulations issued thereunder; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §133l, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant engaged in collection efforts with regard to plaintiff's alleged account with LVNV Funding LLC.

7. Defendant's efforts created a false sense of urgency or threatened action that it could not take or did not intend to take.

FIRST COUNT

8. In the collection efforts, defendant violated the FDCPA, *inter alia*, § 1692e, -f, or -g.

SECOND COUNT

9. Within three years prior to the date of this action Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

10. Defendant committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication and from each defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

                      THE PLAINTIFF

                      BY__/s/ Joanne S. Faulkner__
                      JOANNE S. FAULKNER ct04137
                      123 AVON STREET
                      NEW HAVEN, CT 06511-2422
                      (203) 772-0395
                      j.faulkner@snet.net