UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SAUFFIAN DAHABAN

v.                                          CASE NO.  3:07CV 195 (AWT)

BONDED CREDIT BUREAU, INC.
d/b/a drs COLLECTION SYSTEMS         April 17, 2007

NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(l), plaintiff hereby dismisses the within action without costs or fees to any party.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395

Certificate of Service

I hereby certify that on April 17, 2007, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772 0395
j.faulkner@snet.net